1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   ALBERT HAYES,

10          Plaintiff,

11   v.

12   SCOTT KERNAN, et al.,

13          Defendant(s).

14

15

16

1:16-cv-001235 AWI MJS (PC)

**ORDER DENYING REQUEST FOR EXCERPTS OF RECORD**

**(ECF No. 47)**

17      Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42

18  U.S.C. § 1983.  On August 4, 2017, the case was dismissed for failure to state a claim.

19  (ECF Nos. 41 & 42.) Plaintiff appealed. (ECF No. 43.) On August 31, 2017, Plaintiff filed

20  the instant motion for copies of court records under Ninth Circuit Rule 30-1, which

21  dictates that excerpts of record must be filed in all cases. However, unrepresented

22  litigants need not file excerpts of record. Circuit Rule 30-1.2. As Plaintiff is

23  unrepresented, the exception applies. Therefore, his motion is DENIED without

24  prejudice.

25  IT IS SO ORDERED.

26

27  Dated:   __September 22, 2017__          /s/ _Michael J. Seng_

28                                          UNITED STATES MAGISTRATE JUDGE

1